# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| STELLAR IT SOLUTIONS, INC., F/K/A STELLAR SOFTWARE NETWORK, INC., an Ohio Corporation 5900 Roche Drive Columbus, OH 43229 | Case No.: **1:18-cv-02015-R**C |
| KARTIK KRISHNAMURTHY 11015 NE 194th Dr. Bothell, WA 98011 | FIRST AMENDED CERTIFICATE OF SERVICE PERTAINING TO MOTION TO POSTPONE THE EFFECTIVENESS OF THE DECISION (ETC) AND STATEMENT OF POINT AND AUTHORITIES IN SUPPORT OF THE SAME |
| Plaintiffs, | |
| vs. | HON. RUDOLPH CONTRERAS |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, 20 Massachusetts Ave NW, Washington DC 20529 | |
| Defendant. | |

I certify that I served plaintiffs' Motion To Postpone The Effectiveness Of The

Decision Or In The Alternative For A Preliminary Injunction And Memorandum

| | |
|---|---|
| MOTION TO POSTPONE, ETC. | Michael E Piston (P34568) Attorney for the Plaintiffs 225 Broadway, Ste 307 New York, NY 10007 646-845-9895 michaelpiston4@gmail.com |

Of Specific Points And Authorities In Support Of Plaintiffs' Motion To Postpone

The Effectiveness Of The Defendant's Decisions  And/Or For A Preliminary

Injunction upon the defendant in this action

by commercial carrier at the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
 555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

*s/ Michael E. Piston*
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
225 Broadway Suite 307
New York, NY 10007
646-845-9895

Dated: September 5, 2018

| MOTION TO POSTPONE, ETC. | Michael E Piston (P34568)<br>Attorney for the Plaintiffs<br>225 Broadway, Ste 307<br>New York, NY 10007<br>646-845-9895<br>michaelpiston4@gmail.com |
| --- | --- |