# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| STELLAR IT SOLUTIONS, INC., F/K/A STELLAR SOFTWARE NETWORK, INC., and KARTIK KRISHNAMURTHY<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No.: 1:18-cv-02015-RC<br><br>JOINT PROPOSED BRIEFING SCHEDULE PERTAINING TO PLAINTIFFS' MOTION TO POSTPONE THE EFFECTIVENESS OF THE DECISION AND/OR FOR PRELIMINARY INJUNCTION<br><br>HON. RUDOLPH CONTRERAS |

The parties, Plaintiffs Stellar It Solutions, Inc., and Kartik Krishnamurthy, and Defendant United States Citizenship and Immigration Services, by and through undersigned counsel, have conferred and hereby submit, pursuant to the Court's September 21, 2018, Order, the following joint proposed schedule for this matter:

October 12, 2018     Defendant's Opposition to Plaintiffs' Motion

October  15, 2018     Plaintiffs' Reply to Defendant's Opposition

| | |
|---|---|
| JOINT PROPOSED BRIEFING SCHEDULE PERTAINING TO PLAINTIFFS' MOTION TO POSTPONE THE EFFECTIVENESS OF THE DECISION AND/OR FOR PRELIMINARY INJUNCTION | Michael E Piston (MI OO2)<br>Attorney for the Plaintiffs<br>225 Broadway, Ste 307<br>New York, NY 10007<br>646-845-9895<br>michaelpiston4@gmail.com |

Dated: September 28, 2018

Respectfully submitted,

*/s/ Michael E. Piston*
MICHAEL E. PISTON (#MI 002)
Attorney at Law
225 Broadway, Ste. 307
New York, NY 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

*Attorney for Plaintiffs*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief


By: _____/s/_____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    Judiciary Center Building
    555 4th Street, N.W. B Civil Division
    Washington, D.C.  20530
    Telephone: (202) 252-2562

*Attorney for the Defendant*

So Ordered:


_____
HON. RUDOLPH CONTRERAS

United States District Judge

| | |
|---|---|
| JOINT PROPOSED BRIEFING SCHEDULE PERTAINING TO PLAINTIFFS' MOTION TO POSTPONE THE EFFECTIVENESS OF THE DECISION AND/OR FOR PRELIMINARY INJUNCTION | Michael E Piston (MI OO2)<br>Attorney for the Plaintiffs<br>225 Broadway, Ste 307<br>New York, NY 10007<br>646-845-9895<br>michaelpiston4@gmail.com |