UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STELLAR IT SOLUTIONS, INC, *et al.* ) <br> ) <br> **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CITIZENSHIP & ) <br> IMMIGRATION SERVS. ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 18-2015 (RC) <br> (ECF) |

## MOTION TO ENLARGE TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the United States Citizenship and Immigration Services ("Defendant" or "USCIS"), by and through the undersigned counsel, respectfully requests this enlargement until October 15, 2018, to file Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction. In support, Defendant states the following:

1.  Plaintiffs commenced this action purportedly under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.* and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, seeking judicial review of USCIS's denial of an H-1B application. *See generally* ECF No. 1. Simultaneously, Plaintiffs filed a motion for preliminary injunction. ECF No. 2. Defendant's response to Plaintiffs' preliminary injunction is now due.

2.  It appears from Plaintiffs' motion for preliminary injunction that they are seeking a stay of the effective date of the aforementioned denial. It further appears that there is some disconnect between the parties about whether Plaintiffs appealed the denial of the H-1B application.

1

3.    Accordingly, Defendant respectfully requests this enlargement to confer further with Plaintiffs' and Agency counsel on this factual issue that could obviate the need for briefing on the preliminary injunction issue due to the absence of an agency final action.

4.    Pursuant to LCvR 7(m), the undersigned conferred with Plaintiffs' counsel who graciously consented to this request.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

October 12, 2018                            Respectfully submitted,

                            JESSIE K. LIU, D.C. Bar # 472845
                            United States Attorney
                            for the District of Columbia

                            DANIEL F. VAN HORN, D.C. Bar # 924092
                            Civil Chief

                            By:    /s/
                            KENNETH ADEBONOJO
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 4th Street, N.W. – Civil Division
                            Washington, D.C.  20530
                            Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**STELLAR IT SOLUTIONS, INC,** *et al.*  )
                                    )
      **Plaintiffs**           )
                                    )  **Civil Action No. 18-2015 (RC)**
      **v.**                   )  **(ECF)**
                                    )
**UNITED STATES CITIZENSHIP &**      )
**IMMIGRATION SERVS.**               )
                                    )
      **Defendant.**           )
_____)

## ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Opposition to Plaintiffs' Motion for Preliminary Injunction no later than October 15, 2018, and Plaintiffs shall file their Reply no later than October 19, 2018.

**SO ORDERED**

                                        _____
                                        HON. RUDOLPH CONTRERAS, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the this Defendant's Motion to Enlarge Time to be served upon Plaintiffs' counsel via ECF.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney