UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STELLAR IT SOLUTIONS, INC, *et al.* | |
| Plaintiffs | |
| v. | Civil Action No. 18-2015 (RC) (ECF) |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVS. | |
| Defendant. | |

### MOTION TO ENLARGE TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the United States Citizenship and Immigration Services ("Defendant" or "USCIS"), by and through the undersigned counsel, respectfully requests this enlargement until October 22, 2018, to file Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.   In support, Defendant states the following good cause:

1.      Plaintiffs commenced this action purportedly under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.* and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, seeking judicial review of USCIS's denial of an H-1B application.   *See generally* ECF No. 1.   Simultaneously, Plaintiffs filed a motion for preliminary injunction.   ECF No. 2.   Defendant's response to Plaintiffs' preliminary injunction is now due.

2.      It appears from Plaintiffs' motion for preliminary injunction that they are seeking a stay of the effective date of the aforementioned denial.   Since Defendant's last enlargement on Friday, the parties have determined that Plaintiffs did file an administrative appeal that appears to have had the effect of suspending the effect of the challenged denial.

1

      3.      Because Plaintiffs' primary concern appears to be his ability to work, the undersigned respectfully requests this additional time to discuss with Agency Counsel the implications of the denial that is on appeal as well as to further confer with Opposing Counsel to attempt to resolve this motion amicably, if possible.

      4.      Pursuant to LCvR 7(m), the undersigned conferred with Plaintiffs' counsel who graciously consented to this request.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

October 15, 2018                          Respectfully submitted,

                                          JESSIE K. LIU, D.C. Bar # 472845
                                          United States Attorney
                                          for the District of Columbia

                                          DANIEL F. VAN HORN, D.C. Bar # 924092
                                          Civil Chief

                                          By:_____/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STELLAR IT SOLUTIONS, INC**, *et al.* )<br>)<br>**Plaintiffs** )<br>)<br>) <br>v. )<br>)<br>**UNITED STATES CITIZENSHIP &** )<br>**IMMIGRATION SERVS.** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 18-2015 (RC)<br>(ECF) |

### **ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Opposition to Plaintiffs' Motion for Preliminary Injunction no later than October 22, 2018, and Plaintiffs shall file their Reply no later than October 29, 2018.

**SO ORDERED**

_____
HON. RUDOLPH CONTRERAS, U.S.D.J.

3

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the this Defendant's Motion to Enlarge Time to be served upon Plaintiffs' counsel via ECF.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney