UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                          )
**STELLAR IT SOLUTIONS, INC,** *et al.*    )
                                                                          )
        **Plaintiffs**                                        )
                                                                          )   Civil Action No. 18-2015 (RC)
        v.                                                       )   (ECF)
                                                                          )
**UNITED STATES CITIZENSHIP &**       )
**IMMIGRATION SERVS.**                      )
                                                                          )
        **Defendant.**                                      )
_____)

### MOTION TO ENLARGE TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

     Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the United States Citizenship and Immigration Services ("Defendant" or "USCIS"), by and through the undersigned counsel, respectfully requests this enlargement until October 25, 2018, to file Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.  In support, Defendant states the following good cause:

     1.    Plaintiffs commenced this action purportedly under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq*. and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq*., seeking judicial review of USCIS's denial of an H-1B application.  *See generally* ECF No. 1.  Simultaneously, Plaintiffs filed a motion for preliminary injunction.  ECF No. 2.  Defendant's response to Plaintiffs' motion for preliminary injunction is now due.

     2.    Defendant's Opposition is substantially complete.  However, the undersigned is constrained to request this one-day enlargement because, despite his best efforts, he was not able to complete it in time for the required review by supervisory staff and feedback from USCIS.

3. Until a couple of hours ago, when a hearing on a Motion for a Temporary Restraining order was cancelled, the undersigned had been attempting to meet this deadline and prepare for the hearing at the same time. He has been distracted by multiple emails and conference calls from multiple agencies involved.

4. The undersigned was overly optimistic that he would make the deadline, but could not. This enlargement would enable the undersigned to submit for supervisory review and comment as well as get feedback from USCIS.

5. Pursuant to LCvR 7(m), the undersigned attempted to confer with Opposing Counsel, but has not received a response to his email as of this filing and is constrained to file it given the hour. The undersigned does not believe that this request for a one-day enlargement prejudices Plaintiff's interests in this litigation.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

October 24, 2018                               Respectfully submitted,

                                               JESSIE K. LIU, D.C. Bar # 472845
                                               United States Attorney
                                               for the District of Columbia

                                               DANIEL F. VAN HORN, D.C. Bar # 924092
                                               Civil Chief

                                               By:_____/s/_____
                                               KENNETH ADEBONOJO
                                               Assistant United States Attorney
                                               Judiciary Center Building
                                               555 4th Street, N.W. – Civil Division
                                               Washington, D.C.  20530
                                               Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STELLAR IT SOLUTIONS, INC, *et al*.  )<br>  )<br>   Plaintiffs )<br>  )<br>   v. )<br>  )<br>UNITED STATES CITIZENSHIP & )<br>IMMIGRATION SERVS. )<br>  )<br>   Defendant. )<br>_____) | Civil Action No. 18-2015 (RC)<br>(ECF) |

### ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Opposition to Plaintiffs' Motion for Preliminary Injunction no later than October 25, 2018, and Plaintiffs shall file their Reply no later than October 29, 2018.

**SO ORDERED**

_____
HON. RUDOLPH CONTRERAS, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the this Defendant's Motion to Enlarge Time to be served upon Plaintiffs' counsel via ECF.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney