# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| STELLAR IT SOLUTIONS, INC. and KARTIK KRISHNAMURTHY, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 18-2015 (RC) |
| v. | : : | Re Document No.: | 2 |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | : : : : | | |
| Defendant. | : | | |

## ORDER

### GRANTING IN PART PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for preliminary injunction (ECF No. 2) is **GRANTED IN PART**.  It is hereby:

**ORDERED** that the effectiveness of USCIS's May 31, 2018 decisions (ECF Nos. 1-9 and 1-10) denying Stellar IT's H-1B petition and concurrent request for extension of stay on behalf of Kartik Krishnamurthy are **STAYED** until thirty days after the AAO has disposed of Stellar IT's administrative appeal; it is

**FURTHER ORDERED** that this Order applies retroactively to May 31, 2018; it is

**FURTHER ORDERED** that Stellar IT's H-1B petition and concurrent request for extension of stay shall be considered pending while this stay is in effect, such that Mr. Krishnamurthy will retain lawful H-1B status and be authorized to resume the petitioned for new employment under 8 C.F.R. § 214.2(h)(2)(i)(H); and it is

**FURTHER ORDERED** that parties shall file a joint status report with this Court within fifteen days of the AAO's disposition of the administrative appeal, in which they shall state their respective positions regarding how this lawsuit should proceed.  In the meantime, all deadlines previously imposed by this Court remain in effect.

**SO ORDERED**.

Dated:  November 19, 2018                                                          RUDOLPH CONTRERAS
                                                                                                            United States District Judge