**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| STELLAR IT SOLUTIONS, INC., *et al.* | ) ) ) |   |
| Plaintiffs, | ) ) |   |
| v. | ) ) | Civil Action No. 1:18-cv-2015 (RC) |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) |   |
| Defendant. | ) ) |   |

**DEFENDANTS' NOTICE TO THE COURT**
**REGARDING END OF LAPSE IN APPROPRIATIONS**

The lapse in appropriations that began at midnight on December 21, 2018 ended on January 25, 2019 with a continuing resolution funding the Department of Justice through February 15, 2019. Accordingly, Department of Justice attorneys officially returned to work on Monday, January 28, 2019 and Defendants request the opportunity to meet and confer by no later than Friday, February 1, with Plaintiffs' counsel for the purpose of submitting to the Court a proposed schedule on Defendants' intended filing of a Motion to Dismiss that takes into account the duration of the lapse in appropriations.

Dated: January 29, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

/s/ *Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-0106
Fax: (202) 305-7000

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, I electronically filed the foregoing DEFENDANTS' NOTICE TO THE COURT REGARDING END OF LAPSE IN APPROPRIATIONS with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED:  January 29, 2019

                         By: */s/ Joshua S. Press*
                               JOSHUA S. PRESS
                               Trial Attorney
                               United States Department of Justice
                               Civil Division