UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STELLAR IT SOLUTIONS, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-2015 (RC) |
| ) | |
| U.S. CITIZENSHIP ) | |
| AND IMMIGRATION SERVICES, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order of June 4, 2019, Plaintiffs and Defendant ("the Parties") hereby provide this Joint Status Report regarding how they believe this lawsuit should proceed in light of U.S. Citizenship and Immigration Services' ("USCIS") Administrative Appeals Office's ("AAO") recent disposition of Plaintiff Stellar IT's administrative appeal. After having discussed the issues and the case via electronic mail, counsel for the Parties agree that this is an APA case that only requires record review and should be resolved through cross-motions for summary judgment. *See, e.g.*, *Chapa v. U.S. Dep't of Interior*, 667 F. Supp. 2d 111, 114 (D.D.C. 2009) ("Judicial review of agency action under the APA is generally confined to the administrative record." (citing 5 U.S.C. § 706)).

To that end, the Plaintiffs require time (30 days from the date of filing this report) to prepare and file an amended complaint incorporating the AAO's denial of Plaintiff Stellar IT Solutions, Inc.'s Form I-129 petition for Plaintiff Kartik Krishnamurthy to work as a "Senior Project Manager Information Technology" H-1B nonimmigrant worker. Defendants correspondingly require time (approximately 60 days from the date of filing this report) to

prepare and certify the administrative record in this case. The Parties therefore propose the following briefing schedule for summary judgment motions:

| | |
|---|---|
| Plaintiffs File An Amended Complaint: | July 18, 2019 |
| Service of Administrative Record on Plaintiffs and Anticipated Answer: | August 19, 2019 |
| Plaintiffs' Motion for Summary Judgment: | September 18, 2019 |
| Defendants' Opposition and Cross-Motion for Summary Judgment: | October 18, 2019 |
| Plaintiffs' Opposition and Reply: | November 1, 2019 |
| Defendants' Reply: | November 15, 2019 |

In accordance with this proposed schedule and the local rules, the Parties request that they provide the Court with a Joint Appendix of the relevant portions of the administrative record so that the Court can determine, as a matter of law, whether AAO's denial of Plaintiff Stellar IT's H-1B petition was reasonable and in accordance with the governing statute and regulations.

Respectfully submitted,

/s/   Michael E. Piston  
MICHAEL E. PISTON (#MI 002)  
Attorney for Tekway, Inc.  
225 Broadway, Ste. 307  
New York, NY 10007  
Ph: 646-845-9895  
Fax: 206-770-6350  
Email: michaelpiston4@gmail.com  

*Attorney for Plaintiffs*

JOSEPH H. HUNT  
Assistant Attorney General  

WILLIAM C. PEACHEY  
Director  

GLENN M. GIRDHARRY  
Assistant Director  

/s/ Joshua S. Press  
JOSHUA S. PRESS  
Trial Attorney  
United States Department of Justice  
Civil Division  
Office of Immigration Litigation  
District Court Section

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-0106
Fax: (202) 305-7000

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED: June 18, 2019

                              By: */s/ Joshua S. Press*
                                   JOSHUA S. PRESS
                                   Trial Attorney
                                   United States Department of Justice
                                   Civil Division