# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

STELLAR IT SOLUTIONS, INC., F/K/A STELLAR SOFTWARE NETWORK, INC., a Maryland corporation.

Case No.: 18-cv-2015 (RC)

KARTIK Krishnamurthy

  Plaintiffs,

       vs.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

PLAINTIFFS' MOTION TO FILE THEIR MOTION FOR SUMMARY JUDGMENT OUT OF TIME

                 Defendants.

The plaintiffs, through their attorney, move the Court to accept their motion for summary judgment out of time inasmuch as their counsel suffered a sudden failure of battery on his computer's motherboard on the morning of September 18, making it impossible for him to use it for the entire day. Further, for various technical reasons it was virtually impossible for counsel to use an alternative computer to complete this motion and supporting memorandum. Counsel only regained use of his computer late in the evening of September 18 and so was not able to complete his motion and supporting memorandum until today.

Wherefore, it is respectfully requested that this Court accept plaintiffs' motion for summary judgment out of time. The defendant has graciously consented to the plaintiffs' motion.

Respectfully Submitted this 19th Day of September, 2019

s/ *Michael E. Piston*
Michael E. Piston
Attorney for Plaintiff
225 Broadway Suite 307
New York, NY 10007
646-845-9895
Michaelpiston4@gmail.com