# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| STELLAR IT SOLUTIONS, INC. and KARTIK KRISHNAMURTHY, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 18-2015 (RC) |
| v. | : : | Re Document No.: | 32, 35 |
| UNITED STATES CITIZESHIP AND IMMIGRATION SERVICES, | : : : : | | |
| Defendant. | : | | |

## ORDER

### GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for summary judgment (ECF No. 32) is **GRANTED**; Defendant's cross-motion for summary judgment (ECF No. 35) is **DENIED**.  It is hereby:

**ORDERED** that the case shall be remanded to United States Citizenship and Immigration Services for reconsideration consistent with the Court's Memorandum Opinion; and it is

**FURTHER ORDERED** that such reconsideration shall be completed in no more than ninety days.

**SO ORDERED**.

Dated: June 12, 2020                                         RUDOLPH CONTRERAS
                                                             United States District Judge